UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 OCT 29 PM 12: 47
U.S. DISTRICT COURT
N.D. OF ALABAMA

SOUTHERN NATURAL GAS )
COMPANY )
 )   ENTERED
 Plaintiff, )   OCT 29 1999
 )
 vs. )   CV 97-L-1740-S
 )
1.540 ACRES OF LAND )
LOCATED IN MORGAN COUNTY,
ALABAMA; FRED EVANS, )
JOHNNIE FITZGERALD, AND
SHELBY WEAVER AS TRUSTEES )
OF THE WILL OF JOHN EVANS;
and WINFORD TURNER, MORGAN )
C O U N T Y   R E V E N U E
COMMISSIONER,

RE: MORGAN TRACT NO. 8

 Defendants.

**MEMORANDUM OPINION**

I. Introduction

Currently pending before this court are objections to the Report of Commissioners filed by defendant landowners. Under Rule 53(e)(2) of the Federal Rules of Civil Procedure, "the court after hearing may adopt the report or may modify it or may reject it in whole or in part." The following paragraphs contain the issues

20

that were discussed in oral argument, the party's objections to the Report of Commissioners, as well as the court's findings and final judgment.

II. Discussion and Findings

A. General Objections

Defendants object to the entire report because the Commissioners never heard the testimony of the landowners. However, at oral arguments held before this court, attorneys for the plaintiff presented evidence that, after the original hearing was held, several attempts were made to schedule a subsequent hearing to allow any additional testimony, but these were unsuccessful. In addition, the Chairman of the Land Commission previously informed the court that he personally made several attempts to contact counsel for the landowners so as to provide them with an opportunity to be heard but did not receive any response. Having given landowners substantial opportunity to testify, this courts overrules defendants' general objection.

B. Damages Awarded for the Permanent Easement

The Commissioners awarded $3,080 in the permanent pipeline easement by deriving that the 1.54 acres taken was worth $2,000 an

acre. The Commissioners' findings are approved and adopted as the findings of the Court.

C. Amount Awarded for Timber Damage

The Commissioners recommended that damage to the timber in this easement amounted to $3,599. The Commissioners' findings are approved and adopted as the findings of the Court.

D. Amount Awarded for Temporary Easement

The Commissioners recommended that $620 was appropriate compensation for the temporary construction easement. The Commissioners' findings are approved and adopted as the findings of the Court.

E. Damage to the Remaining Property

The Commissioners recommended that landowners be awarded no compensation for damage caused by the pipeline outside of the permanent easement. Defendants object to this award but do not state any reason in particular except the above general objection that the landowners were not heard. Since the burden of proof is on the landowners to prove the amount of entitled compensation and defendant landowners have failed to provide any specific basis for objection, the Commissioners' findings are approved and adopted as

the findings of this Court.

III. Conclusion

The Commissioners have recommended an award to the owners of the property in the above-described easement in the amount of $7,299. The court approves and adopts the Report of Commissioners in whole. In view of the foregoing discussion, a separate judgment will be entered in the amount of $7,299 as just compensation in favor of the plaintiff.

DONE this 25th day of October 1999.

_____
SENIOR JUDGE